FILED

1  Kathy A. Jorrie, State Bar No. 121578
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  601 S. Figueroa, Suite 3900
   Los Angeles, California 90017-5832          2012 FEB 27   PM 4: 26
3  Telephone No.: 213.892.4992
   Fax No.: 213.452.8024                        CLERK, U.S. DISTRICT COURT
4  E-mail: kjorrie@luce.com                      CENTRAL DIST. OF CALIF.
                                                   LOS ANGELES
5  Attorneys for Defendants Adam Sandler,
   Happy Madison Production, Inc., Columbia Pictures   BY _____
6  Industries, Inc., Sony Pictures Entertainment Inc.

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11  MARINA BAR, an individual,        CASE NO. CV12-01667-GW(RZx)

12                                    NOTICE OF REMOVAL OF
                Plaintiff,            DEFENDANTS ADAM SANDLER,
13                                    HAPPY MADISON PRODUCTION,
        v.                            INC., COLUMBIA PICTURES
14                                    INDUSTRIES, INC. AND SONY
   ADAM SANDLER,                      PICTURES ENTERTAINMENT
15                                    INC. PURSUANT TO 28 U.S.C. §§
   COLUMBIA PICTURES, SONY            1331, 1338(a), 1441(b) and 1446
16              DOES 1 through 10,    (FEDERAL QUESTION
   inclusive,                         JURISDICTION)
17
                Defendants.          Discovery Cut-Off: None Set
18                                   Trial Date: None Set

19

20

21

22

23

24

25

26

27

28

1        TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

2  THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR

3  ATTORNEYS OF RECORD:

4        PLEASE TAKE NOTICE that the attorneys for Defendants Adam Sandler,

5  Happy Madison Production, Inc., Columbia Pictures Industries, Inc., Sony Pictures

6  Entertainment Inc. (collectively, "Defendants") hereby remove this action pursuant

7  to 28 U.S.C. §§ 1331, 1338(a), 1441(b) and 1446 from the Superior Court of the

8  State of California for the County of Los Angeles, to the United States District

9  Court for the Central District of California, and respectfully states to this Court the

10  following:

11  <center>**STATE COURT ACTION**</center>

12        1.    On January 4, 2012, Plaintiff Marina Bar ("Plaintiff") filed a complaint

13  in that certain action entitled *Marina Bar v. Adam Sandler, et al.*, as Case

14  No. LC095943 in the Superior Court of the State of California for the County of

15  Los Angeles (the "Action"). The Action asserts what in essence is a copyright

16  infringement claim and names as defendants Adam Sandler, Happy Madison

17  Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment

18  Inc. (collectively, "Defendants"), and ten "Doe" defendants.

19        2.    On or about February 2, 2012, defendant Happy Madison Production,

20  Inc. was served with process of the Action. Upon information and belief, no other

21  defendant was served with process prior to February 2, 2012. In accordance with 28

22  U.S.C. § 1446(a), attached as Exhibit A is a true and correct copy of the Complaint

23  and all related materials filed in the state court.

24  <center>**FEDERAL QUESTION JURISDICTION**</center>

25        3.    For the reasons set forth below, this Court should assume jurisdiction

26  over this Action pursuant to 28 U.S.C. §1331. This Court has original jurisdiction

27  over the claim asserted in the Complaint pursuant to 28 U.S.C. §§1338(a). This

28  court also has original subject matter jurisdiction over this matter pursuant to 28

<center>1</center>

1  U.S.C. §1331, which grants this Court jurisdiction over "all civil actions arising
2  under the Constitution, laws, or treaties of the United States."  Hence, this matter is
3  removable from state court to this Court pursuant to 28 U.S.C. § 1441.

## COMPLIANCE WITH STATUTORY REQUIREMENTS

4        4.    This Notice of Removal is timely filed in accordance with 28 U.S.C.
5  § 1446(b) because it is filed within 30 days of the effectuation of service of process
6  on any defendant.

7        5.    All named Defendants join in this removal.

8        6.    The United States District Court for the Central District of California
9  embraces Los Angeles County, the county in which the state court action is now
10  pending.  Therefore, this Court is a proper venue for this action pursuant to 28
11  U.S.C. §§ 124(c)(7) and 1441(a).

12        7.    Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file written
13  notice of this removal with the clerk of the Los Angeles Superior Court and a copy
14  of the Notice of Removal which reflects the style of the case exactly as it was styled
15  in state court.  Defendants will also promptly serve copies of the Notice of Filing
16  Notice of Removal, together with this Notice of Removal, upon Plaintiff.  A copy of
17  the Notice to Adverse Party of Removal of Action to Federal Court is attached
18  hereto as Exhibit B.

19        8.    Defendants reserve, and do not waive, all objections they may have to
20  service, jurisdiction, or venue, and any and all other defenses or objections to the
21  Action.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

1 | / /

2       WHEREFORE, Defendants Adam Sandler, Happy Madison Productions,

3 Columbia Pictures Industries, Inc., Sony Pictures Entertainment Inc. respectfully

4 removes this action from the Superior Court of the State of California for the County

5 of Los Angeles to this Court, pursuant to 28 U.S.C. § 1441.

6                     Respectfully submitted,

7 DATED: February 27, 2012    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8

9                By: _____

10                   Kathy A. Jorrie

                    Attorneys for Defendants Adam Sandler,

11                   Happy Madison Production, Inc., Columbia

12                   Pictures Industries, Inc. and Sony Pictures

13                   Entertainment Inc.

14

15  201205440.1

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| | **SUM-100** |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
ADAM SANDLER, HAPPY MADISON PRODUCTIONS,
COLUMBIA PICTURES, SONY PICTURES, ET AL

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
MARINA BAR

*DEFENDANT ! ADAM SANDLER . COLUMBIA PICTURES, SONY ET AL*
☒ *DOES 1 To 10*

ORIGINAL FILED
Northwest District

JAN 1 8 2012

LOS ANGELES
SUPERIOR COURT

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>(El nombre y dirección de la corte es): LOS ANGELES SUPERIOR COURT<br>6230 SYLMAR AVENUE<br>VAN NUYS, CA 91401 | CASE NUMBER:<br>(Número del Caso):<br>**LC095943** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
MARINA BAR, IN PRO PER 5239 LINDLEY AVE #4, TARZANA, CA 91356 818-881-0203

| DATE:<br>(Fecha) JAN 1 8 2012 JOHN A. CLARKE | Clerk, by<br>(Secretario) | Kim Garrison , Deputy<br>(Adjunto) |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): ADAM SANDLER, AN INDIVIDUAL

under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
       ☐ other (specify):
4. ☒ by personal delivery on (date): 2/2/12

| Form Adopted for Mandatory Use<br>Judicial Council of California | **SUMMONS** | Page 1 of 1<br>Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
MARINA BAR
5239 LINDLEY AVE #4
TARZANA CA 91356

Easy Legal
C. Hershkovitz
18044 Ventura Blvd * Encino, CA 91316
LDA #268 LA County * Exp: 1/2/2013
818.774.1966

TELEPHONE NO: 818-881-0203     FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): MARINA BAR, IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 SYLMAR AVENUE
MAILING ADDRESS: (SAME)
CITY AND ZIP CODE: VAN NUYS 91401
BRANCH NAME: NORTHWEST DISTRICT

PLAINTIFF: MARINA BAR

DEFENDANT: ADAM SANDLER, COLMBIA PICTURES, SONY, ET AL

[✓] DOES 1 TO 10

**ORIGINAL FILED**
Northwest District

JAN 04 2012

LOS ANGELES
SUPERIOR COURT

CONTRACT

[✓] COMPLAINT      [ ] AMENDED COMPLAINT (Number):

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000 but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
      [ ] from limited to unlimited
      [ ] from unlimited to limited

CASE NUMBER:

LC095943

1. Plaintiff* (name or names):
   MARINA BAR, AN INDIVIDUAL

   alleges causes of action against defendant* (name or names):
   ADAM SANDLER, COLUMBIA PICTURES, SONY PICTURES, ET AL

2. This pleading, including attachments and exhibits, consists of the following number of pages: 3

3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity (describe):
         (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [✓] except defendant (name): COLUMBIA PICTU·    [✓] except defendant (name): SONY PICTURES
         (1) [ ] a business organization, form unknown     (1) [ ] a business organization, form unknown
         (2) [✓] a corporation                              (2) [✓] a corporation
         (3) [ ] an unincorporated entity (describe):       (3) [ ] an unincorporated entity (describe):

         (4) [ ] a public entity (describe):                (4) [ ] a public entity (describe):

         (5) [✓] other (specify): HAPPY MADISON PROD        (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Page 1 of 2

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BAR V. SANDLER, COLUMBIA PICTURES, SONY PICTURES, ET AL | |

4. *(Continued)*

   b. The true names of defendants sued as Does are unknown to plaintiff.

     (1) ☑ Doe defendants *(specify Doe numbers):* 1-10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

     (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☑ Plaintiff is required to comply with a claims statute, and

   a. ☑ has complied with applicable claims statutes, *or*

   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because

   a. ☐ a defendant entered into the contract here.

   b. ☐ a defendant lived here when the contract was entered into.

   c. ☑ a defendant lives here now.

   d. ☐ the contract was to be performed here.

   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

   f. ☐ real property that is the subject of this action is located here.

   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☐ Breach of Contract

   ☐ Common Counts

   ☑ Other *(specify):*

    SEE ATTACHED DECLARATION

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. ☐ damages of: $

   b. ☐ interest on the damages

     (1) ☐ according to proof

     (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*

   c. ☐ attorney's fees

     (1) ☐ of: $

     (2) ☐ according to proof.

   d. ☑ other *(specify):*

    4% of box office, 4% of DVD sales, 4% of cable TV revenue, Residuals, and Benefits

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 11 - 23 - 11

MARINA BAR

_____
(TYPE OR PRINT NAME)

▶

M. B _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: MARINA BAR | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SANDLER, COLUMBIA, SONY, ET AL | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

In September 2008, my son dropped off the script title GEORGIE' to Adam Sandler's office, happy Madison Productions, located inside Columbia Pictures with a letter and a lot of kind words. I begged him to read my script and to give me a chance. On October 7, 2008, I received my script back with a letter. It stated Adam Sandler is not interested in my script because it is unsolicited material and they didn't examine it or read the script. On February 12, 2011, Adam Sandler's Happy Madison productions, Columbia Pictures, and Sony Pictures, released a motion picture titled "JUST GO WITH IT" based on my script. my script was stolen. The story was mixed with another story called Cactus Flower.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11 - 23 - 11

MARINA BAR       MARINA BAR
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☑ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☐ Other *(Specify):*

<div align="center">

**VERIFICATION**

</div>

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

I have read the foregoing CIVIL COMPLAINT, and know its contents.

[X] I am a party/witness to this action.  I hereby declare under penalty of perjury under the laws of the State of California that the matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an officer [ ] a partner,[ ] of a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  I hereby declare under penalty of perjury under the laws of the State of California that the matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and to those matters I believe them to be true.

I am one of the attorneys for a party to this action.  Such party is absent from such County of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I hereby declare under penalty of perjury under the laws of the State of California that I am informed and believed and on that ground allege that the matters stated in the foregoing document are true.

Executed on _11-23-11_ , 2011, at _Encino_ , California.


_____
MARINA BAR

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address):
MARINA BAR
5239 LINDLEY AVENUE #4
TARZANA, CA  91356

Esq. Legal
C. HLASHKOVITZ
18044 Ventura Blvd • Encino, CA 91316
LDA #286 LA County • Exp: 1/2/2013
818.774.1966

TELEPHONE NO.: 818-881-0203     FAX NO.:
ATTORNEY FOR (Name): MARINA BAR, PLAINTIFF, IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 SYLMAR AVE
MAILING ADDRESS: (SAME)
CITY AND ZIP CODE: VAN NUYS 91401
BRANCH NAME: NORTHWEST DISTRICT

CASE NAME:
MARINA BAR VS. ADAM SANDLER, ET AL

**FOR COURT USE ONLY**

ORIGINAL FILED
Northwest District

JAN 0 4 2012

LOS ANGELES
SUPERIOR COURT

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) □ Limited (Amount demanded is $25,000 or less) | □ Counter  □ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | LC095943 |
| | | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
□ Auto (22)
□ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
□ Asbestos (04)
□ Product liability (24)
□ Medical malpractice (45)
□ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
□ Business tort/unfair business practice (07)
□ Civil rights (08)
□ Defamation (13)
□ Fraud (16)
□ Intellectual property (19)
□ Professional negligence (25)
□ Other non-PI/PD/WD tort (35)

**Employment**
□ Wrongful termination (36)
□ Other employment (15)

**Contract**
□ Breach of contract/warranty (06)
□ Rule 3.740 collections (09)
□ Other collections (09)
□ Insurance coverage (18)
□ Other contract (37)

**Real Property**
□ Eminent domain/Inverse condemnation (14)
□ Wrongful eviction (33)
□ Other real property (26)

**Unlawful Detainer**
□ Commercial (31)
□ Residential (32)
□ Drugs (38)

**Judicial Review**
□ Asset forfeiture (05)
□ Petition re: arbitration award (11)
□ Writ of mandate (02)
□ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
□ Antitrust/Trade regulation (03)
□ Construction defect (10)
□ Mass tort (40)
□ Securities litigation (28)
□ Environmental/Toxic tort (30)
□ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
□ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
□ RICO (27)
□ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
□ Partnership and corporate governance (21)
☑ Other petition (not specified above) (43)

2. This case □ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. □ Large number of separately represented parties
   b. □ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. □ Substantial amount of documentary evidence
   d. □ Large number of witnesses
   e. □ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. □ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. □ nonmonetary; declaratory or injunctive relief  c. □ punitive
4. Number of causes of action (specify): 1
5. This case □ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 11-23-11

MARINA BAR                    MARINA BAR
(TYPE OR PRINT NAME)

▶   M·B
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

SHORT TITLE: BAR v. SANDLER, AN INDIVIDUAL, ET AL

CASE NUMBER: LL095943

# CIVIL CASE COVER SHEET ADDENDUM AND
# STATEMENT OF LOCATION
# (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

| This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court. |
|---|

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 10 ☐ HOURS/ ☑ DAYS

**Item II. Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):**

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | | C<br>Applicable Reasons<br>See Step 3 Above |
|---|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 | Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110 | Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070 | Asbestos Property Damage | 2. |
| | | ☐ A7221 | Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260 | Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210 | Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240 | Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 | Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230 | Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270 | Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220 | Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons-<br>See Step 4 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not Insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference<br>☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation        Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure<br>☐ A6032  Quiet Title<br>☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4

BAR v. SANDLER, AN INDIVIDUAL, ET AL

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 29. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☒ A6100  Other Civil Petition | 2., ⑨. |

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1,** as the proper reason for filing in the court location you selected.

| | |
|---|---|
| **REASON:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐1. ☐2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☑9. ☐10. | ADDRESS:<br>5239 LINDLEY AVENUE #4 |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| TARZANA | CA | 91356 |

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___VAN NUYS___ courthouse in the ___NORTHWEST___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: _11 – 23 –11_

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0

Page 4 of 4

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
NORTHWEST DISTRICT SUPERIOR COURT
6230 SYLMAR AVENUE, ROOM 107, VAN NUYS, CA 91401

PLAINTIFF:

DEFENDANT:

## NOTICE OF CASE MANAGEMENT CONFERENCE

ORIGINAL FILED
Northwest District

JAN 04 2012

LOS ANGELES
SUPERIOR COURT

CASE NUMBER:
LCD95943

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing to all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

DATE: 5-23-12    Time: 8:30 A.M.    Dept: NW "Q "    Room: 430

NOTICE TO DEFENDANT: THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

A completed Case Management Statement must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record pursuant to CRC 3.725 (b).

You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference the Court may make pretrial orders including the following: an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order dismissing fictitious/unnamed defendants; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (GC 68600 et. seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions (including dismissal of the case, striking of the answer and payment of money), pursuant to LASC Local Rules, Rule 3.10, CCP Sections 177.5, 575.2 583.150, 586.360, 583.410 and 583.420 and GC Section 68608 (b).

Date: JAN 04 2012    JOHN A. CLARKE

by RUSSELL STEVEN KUSSMAN, Judicial Officer
Honorable

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☐ by depositing in the United States mail at the courthouse in ____Van Nuys____, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☑ by personally giving the party notice upon filing of the complaint.

John A. Clarke, Executive Officer/Clerk

Date: JAN 04 2012    JOHN A. CLARKE

by ____, Deputy Clerk.

Kim Garrison

Revised 12-8-2011

CIV    NOTICE OF CASE MANAGEMENT CONFERENCE    CRC 212, LOCAL RULE 7

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | CASE NUMBER | FILE STAMP |
|---|---|---|
| PLAINTIFF(S)/PETITIONER(S) | | **ORIGINAL FILED**<br>Northwest District<br><br>JAN 0 4 2012<br><br>LOS ANGELES<br>SUPERIOR COURT |
| | **NOTICE OF**<br><br>**CASE ASSIGNMENT** | |
| DEFENDANT(S)/RESPONDENT(S) | | |

### TO THE PLAINTIFF(S) AND THE ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED THAT THE ABOVE MATTER HAS BEEN ASSIGNED FOR ALL PURPOSES,

INCLUDING TRIAL, TO *JUDGE RUSSELL STEVEN KUSSMAN*, PRESIDING IN *DEPARTMENT NW-Q,* IN THE

SUPERIOR COURT, LOCATED AT *6230 SYLMAR AVENUE, VAN NUYS, CA 91401*

*Richard H. Kirschner*

_____
Richard H. Kirschner
Hon. Richard Kirschner, Supervising Judge

### CERTIFICATE OF SERVICE

☑ I am not a party to the within action, and I certify that I personally served a true copy of the above notice to the plaintiff or his attorney of record by delivering the copy to the designated representative/attorney service at the time of filing of the original complaint.

☐ I am not a party to the within action, and I certify that I personally served a true copy of the above notice to the plaintiff or his attorney of record by delivering the copy in person this date to counsel for plaintiff or plaintiff in pro per.

☐ I am not a party to the within action, and I certify that I served a true copy of the above notice to the plaintiff or his attorney of record by depositing in the United States mail at the courthouse in ___Van Nuys___, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

[                    ]            [                    ]

[                    ]            [                    ]

JAN 0 4 2012   JOHN A. CLARKE
A CORPORATION MUST BE
REPRESENTED BY A LICENSED
CALIFORNIA ATTORNEY

JOHN A. CLARKE, Executive Officer/Clerk
of the Superior Court, County of Los Angeles

Date:_____

By: _____, Deputy
Kim Garrison

**EXHIBIT B**

1  Kathy A. Jorrie, State Bar No. 121578
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  601 S. Figueroa, Suite 3900
   Los Angeles, California 90017
3  Telephone No.: 213.892.4992
   Fax No.: 213.452.8024
4  E-Mail:   kjorrie@luce.com

5  Attorneys for Defendants Adam Sandler, Happy Madison
   Production, Inc., Columbia Pictures Industries, Inc. and
6  Sony Pictures Entertainment Inc.

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF LOS ANGELES, NORTH DISTRICT

10

11  MARINA BAR,                          Case No. LC095943

12         Plaintiff,                    **NOTICE OF REMOVAL TO THE**
                                         **UNITED STATES DISTRICT COURT**
13  v.                                   **FOR THE CENTRAL DISTRICT OF**
                                         **CALIFORNIA**
14  ADAM SANDLER, HAPPY MADISON
    PRODUCTIONS, COLMBIA PICTURES,       Complaint Filed:  January 4, 2012
15  SONY PICTURES AND DOES 1 to 10,

16         Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment Inc. on February 27, 2012 filed in the United States District Court for the Central District of California their "Notice of Removal of Defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment Inc. pursuant to 28 U.S.C. §§ 1331, 1338(a), 1441(b) and 1446 (Federal Question Jurisdiction). A true and correct copy of that Notice of Removal (without the exhibits attached to it, which consist of all of the pleadings filed with this Court in this action) is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of the aforementioned Notice of Removal in the United States District Court, together with the filing of this notice with this Court, effects the removal of this action, and this Court may proceed no further unless and until this case is remanded.

DATED: February 27, 2012          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Kathy A. Jorrie
Attorneys for Defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment Inc.

201205514.1

1

**EXHIBIT A**

1  Kathy A. Jorrie, State Bar No. 121578
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  601 S. Figueroa, Suite 3900
   Los Angeles, California 90017-5832
3  Telephone No.: 213.892.4992
   Fax No.: 213.452.8024
4  E-mail: kjorrie@luce.com

5  Attorneys for Defendants Adam Sandler,
   Happy Madison Production, Inc., Columbia Pictures
6  Industries, Inc., Sony Pictures Entertainment Inc.

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  MARINA BAR, an individual,          CASE NO.

12                                      **NOTICE OF REMOVAL OF**
                     Plaintiff,         **DEFENDANTS ADAM SANDLER,**
13                                      **HAPPY MADISON PRODUCTION,**
          v.                            **INC., COLUMBIA PICTURES**
14                                      **INDUSTRIES, INC. AND SONY**
    ADAM SANDLER, HAPPY                 **PICTURES ENTERTAINMENT**
15  MADISON PRODUCTIONS,                **INC. PURSUANT TO 28 U.S.C. §§**
    COLMBIA PICTURES, SONY              **1331, 1338(a), 1441(b) and 1446**
16  PICTURES and DOES 1 through 10,     **(FEDERAL QUESTION**
    inclusive,                          **JURISDICTION)**
17
                     Defendants.        Discovery Cut-Off:  None Set
18                                      Trial Date:  None Set

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the attorneys for Defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc., Sony Pictures Entertainment Inc. (collectively, "Defendants") hereby remove this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 1441(b) and 1446 from the Superior Court of the State of California for the County of Los Angeles, to the United States District Court for the Central District of California, and respectfully states to this Court the following:

## STATE COURT ACTION

1.     On January 4, 2012, Plaintiff Marina Bar ("Plaintiff") filed a complaint in that certain action entitled *Marina Bar v. Adam Sandler, et al.*, as Case No. LC095943 in the Superior Court of the State of California for the County of Los Angeles (the "Action").  The Action asserts what in essence is a copyright infringement claim and names as defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment Inc. (collectively, "Defendants"), and ten "Doe" defendants.

2.     On or about February 2, 2012, defendant Happy Madison Production, Inc. was served with process of the Action.  Upon information and belief, no other defendant was served with process prior to February 2, 2012.  In accordance with 28 U.S.C. § 1446(a), attached as Exhibit A is a true and correct copy of the Complaint and all related materials filed in the state court.

## FEDERAL QUESTION JURISDICTION

3.     For the reasons set forth below, this Court should assume jurisdiction over this Action pursuant to 28 U.S.C. §1331.  This Court has original jurisdiction over the claim asserted in the Complaint pursuant to 28 U.S.C. §§1338(a).  This court also has original subject matter jurisdiction over this matter pursuant to 28

1  U.S.C. §1331, which grants this Court jurisdiction over "all civil actions arising
2  under the Constitution, laws, or treaties of the United States." Hence, this matter is
3  removable from state court to this Court pursuant to 28 U.S.C. § 1441.

## COMPLIANCE WITH STATUTORY REQUIREMENTS

4.      This Notice of Removal is timely filed in accordance with 28 U.S.C.
§ 1446(b) because it is filed within 30 days of the effectuation of service of process
on any defendant.

5.      All named Defendants join in this removal.

6.      The United States District Court for the Central District of California
embraces Los Angeles County, the county in which the state court action is now
pending. Therefore, this Court is a proper venue for this action pursuant to 28
U.S.C. §§ 124(c)(7) and 1441(a).

7.      Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file written
notice of this removal with the clerk of the Los Angeles Superior Court and a copy
of the Notice of Removal which reflects the style of the case exactly as it was styled
in state court. Defendants will also promptly serve copies of the Notice of Filing
Notice of Removal, together with this Notice of Removal, upon Plaintiff. A copy of
the Notice to Adverse Party of Removal of Action to Federal Court is attached
hereto as Exhibit B.

8.      Defendants reserve, and do not waive, all objections they may have to
service, jurisdiction, or venue, and any and all other defenses or objections to the
Action.

23  / /
24  / /
25  / /
26  / /
27  / /
28  / /

1   //

2         WHEREFORE, Defendants Adam Sandler, Happy Madison Productions,

3   Columbia Pictures Industries, Inc., Sony Pictures Entertainment Inc. respectfully

4   removes this action from the Superior Court of the State of California for the County

5   of Los Angeles to this Court, pursuant to 28 U.S.C. § 1441.

6                           Respectfully submitted,

7   DATED: February 27, 2012     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8

9                           By: _____

10                          Kathy A. Jorrie

11                          Attorneys for Defendants Adam Sandler,
                            Happy Madison Production, Inc., Columbia
12                          Pictures Industries, Inc. and Sony Pictures
                            Entertainment Inc.
13

14

15  201205440.1

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3

**PROOF OF SERVICE**

*Bar v. Sandler*
Case No. LC095943

    At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

    On February 27, 2012, I served true copies of the following document(s) described as **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** on the interested parties in this action as follows:

Marina Bar, In Pro Per
5239 Lindley Ave., #4
Tarzana, CA 91356

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on February 27, 2012, at Los Angeles, California.

_____
Irma L. Magaña

201197619.1

1

**PROOF OF SERVICE**

2

*Bar v. Adam Sandler*

3

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa,

4

Suite 3900, Los Angeles, California 90017.

5

On February 27, 2012, I served true copies of the following document(s) described as NOTICE **OF REMOVAL OF DEFENDANTS ADAM SANDLER, HAPPY MADISON**

6

**PRODUCTION, INC., COLUMBIA PICTURES INDUSTRIES, INC. AND SONY PICTURES ENTERTAINMENT INC. PURSUANT TO 28 U.S.C. §§ 1331, 1338(a), 1441(b) and 1446**

7

**(FEDERAL QUESTION JURISDICTION)** on the interested parties in this action as follows:

8

Marina Bar, In Pro Per
5239 Lindley Ave., #4

9

Tarzana, CA 91356

10

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following

11

our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing.  On the same day that the

12

correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13

14

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15

Executed on February 27, 2012, at Los Angeles, California.

16

17

18

Irma Magana

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV12- 1667 GW (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[_] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[_] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MARINA BAR | ADAM SANDLER, HAPPY MADISON PRODUCTION, INC., COLMBIA PICTURES INDUSTRIES, INC. and SONY PICTURES ENTERTAINMENT INC. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Marina Bar, In Pro Per<br>5239 Lindley Avenue, #4<br>Tarzana, CA 91356 | Kathy A. Jorrie<br>Luce, Forward, Hamilton & Scripps LLP<br>601 S. Figueroa Street, Suite 3900<br>Los Angeles, CA 90017 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  **MONEY DEMANDED IN COMPLAINT: $** *Not Stated*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement claim arising under Title 17 of the US Code.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities --Employment
☐ 446 American with Disabilities --Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 61 HIA(1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: *CV12-01661-GW(RZx)*

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
 Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Kathy M Jorrie_      Date February 27, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com