Kathy A. Jorrie, State Bar No. 121578
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, Suite 1400
Los Angeles, California 90071-3124
Telephone No.: 213.892.4974
Fax No.: 213.452.8024
E-Mail:   kjorrie@mckennalong.com

*MADE JS-6*

Attorneys for Defendants Adam Sandler,
Happy Madison Production, Inc., Columbia Pictures
Industries, Inc. and Sony Pictures Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARINA BAR,<br><br>              Plaintiff,<br><br>      v.<br><br>ADAM SANDLER, et al.,<br><br>              Defendants. | Case No. CV12-01667-GW(RZx)<br><br>The Honorable George H. Wu<br><br>**JUDGMENT FOR DEFENDANTS** |

On December 13, 2012, this action came before the Court for hearing on the motion of defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment Inc. (collectively, "Defendants") for summary judgment on the complaint filed by *pro se* Plaintiff Marina Bar ("Plaintiff"), the Honorable George H Wu presiding. Defendants' motion having been heard and the Court having on December 13, 2012 granted Defendants motion as to all Defendants (as reflected in the Civil Minutes filed on December 13, 2012),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiffs shall take nothing by way of her Complaint against Defendants.
2. The action be, and it hereby is, dismissed.
3. Defendants shall recover costs from Plaintiff.

DATED: January 9, 2013

_____
The Honorable George H. Wu
United States District Judge

Submitted by:

MCKENNA LONG & ALDRIDGE LLP


　　/s/ Kathy A. Jorrie
_____
　　Kathy A. Jorrie
Attorneys for Defendants

803603896.1

1