1  Kathy A. Jorrie, State Bar No. 121578
   MCKENNA LONG & ALDRIDGE LLP
2  300 South Grand Avenue, Suite 1400
   Los Angeles, California 90071-3124
3  Telephone No.: 213.892.4974
   Fax No.: 213.452.8024
4  E-Mail:  kjorrie@mckennalong.com

5  Attorneys for Defendants Adam Sandler,
   Happy Madison Production, Inc., Columbia Pictures
6  Industries, Inc. and Sony Pictures Entertainment Inc.

cc: Fiscal Section

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11

12  MARINA BAR,                          Case No. CV12-01667-GW(RZx)

13              Plaintiff,               The Honorable George H. Wu

14       v.                              **ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND OTHER COSTS**

15  ADAM SANDLER, et al.,

16              Defendants.

17
    ///
18
    ///
19
    ///
20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | After consideration of the papers in support of to Defendant's Motion for Attorney's Fees and Other Costs filed by defendants Adam Sandler, Happy Madison Production, Inc., Columbia Pictures Industries, Inc. and Sony Pictures Entertainment Inc. (collectively, "Defendants"), and after consideration of any oral argument of counsel, IT IS ORDERED that Defendants' Motion for Attorney's Fees and Other Costs is granted pursuant to 17 U.S.C. §505, for the reasons stated on the record during the hearing on February 25, 2013.  Defendants are therefore entitled to recover from Plaintiff Defendants attorney's fees calculated according to the lodestar method in the amount of $45,163.00 plus additional costs in the amount of $13,769.00 (over and above any amounts taxed by the Clerk of Court), for a total award against Plaintiff in the amount of $58,932. |

DATED: March 3, 2013

_____
The Honorable George H. Wu
United States District Judge

Submitted by:

MCKENNA LONG & ALDRIDGE LLP

    /s/ Kathy A. Jorrie
    Kathy A. Jorrie
Attorneys for Defendants

803670721.1

1